IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01615-MSK-MJW

SCOTT HEIDINGER,

        Plaintiff,

v.

THE COUNTY OF DOUGLAS, A COLORADO MUNICIPAL CORPORATION;
SHERIFF DAVID A. WEAVER, SHERIFF OF DOUGLAS COUNTY, COLORADO, in his individual and official capacities; and
JOHN AND JANE DOES 1 THROUGH 20, Douglas County Sheriff's Deputies and Medical Personnel in the Douglas County Detention Facility, in their official and individual capacities,

        Defendants.

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS USED IN EVIDENTIARY HEARINGS AND TRIALS

IT IS ORDERED that, as to any exhibits and depositions used during evidentiary hearings or trials, counsel for the parties shall retrieve the originals of such exhibits and depositions from the Court following the evidentiary hearing or trial, and shall retain same for 60 days beyond the later of the time to appeal or conclusion of any appellate proceedings. The Court will retain its copy of the exhibits for the same time period after which the documents will be destroyed.

DATED this 20th day of July, 2009.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge