IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-01615-MSK-MJW

SCOTT HEIDINGER,

Plaintiff,

v.

THE COUNTY OF DOUGLAS, A POLITICAL SUB-DIVISION OF THE STATE OF COLORADO, SHERIFF DAVID A. WEAVER, SHERIFF OF DOUGLAS COUNTY, COLORADO IN HIS OFFICIAL CAPACITY; JOHN AND JANE DOES 1 THROUGH 20, DOUGLAS COUNTY SHERIFF'S DEPUTIES AND CORRECTIONAL HEALTHCARE MANGAGEMENT, A COLORADO CORPORATION, MEDICAL PERSONNEL IN THE DOUGLAS COUNTY DETENTION FACILITY, IN THEIR OFFICIAL CAPACITY

DEFENDANTS.

---

~~PROPOSED ORDER~~ RE: MOTION TO AMEND COMPLAINT
( Docket no. 15 )

---

THE COURT having fully considered Plaintiff's Motion to Amend Complaint;

HEREBY GRANTS the Motion. The Amended Complaint is Accepted For Filing As of the Date of this Order

Dated this 22nd day of September 2009.

BY THE COURT:

*/s/ Michael J. Watanabe*

~~UNITED STATES DISTRICT JUDGE~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO