IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01615-MSK-MJW

SCOTT HEIDINGER,

        Plaintiff,

v.

THE COUNTY OF DOUGLAS, a Colorado Municipal Corporation, SHERIFF DAVID A.
WEAVER, Sheriff of Douglas County, Colorado, in his official capacity;
JOHN AND JANE DOES 1 THROUGH 20,
DOUGLAS COUNTY SHERIFF'S DEPUTIES, and
CORRECTIONAL HEALTHCARE MANAGEMENT, a Colorado Corporation, MEDICAL
PERSONNEL IN THE DOUGLAS COUNTY DETENTION FACILITY, in their official
capacity,

        Defendants.

---

**MINUTE ORDER** ( Docket No 37 )

---

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

        IT IS HEREBY **ORDERED** that Defendant CHM's Motion to Modify Scheduling
Order [Doc. # 37; filed April 2, 2010] is **GRANTED**. The Court finds that Defendant
CHM was only recently joined as a Defendant in this case, and in accordance with Fed.
R. Civ. P. 16(b)(4), has demonstrated good cause to modify the Scheduling Order [Doc.
13].

        The Scheduling Order [Doc. 13] shall be modified as follows:

   •    The March 15, 2010, discovery cutoff [Doc. 13, ¶ 8(b)] is extended by six
        months to **September 15, 2010**.(with all depositions to be conducted by
        this date).

   •    The deadline to serve written discovery (Interrogatories, Requests for
        Production of Documents, and Requests for Admissions) [Doc. 13, ¶ 8 (f),
        (g)] is extended by six months to **August 9, 2010**.

- CHM Defendant's Fed. R. Civ. P. 26(a)(2) expert witness disclosures are due **July 16, 2010**.

- CHM is permitted up to **nine retained expert witnesses**

- The limit of 10 depositions per side [Doc. 13, ¶ (8)(h)(1)] is increased to **15 depositions per side** without further Order of the Court.

- CHM is permitted through and including **July 28, 2010**, in which to designate any nonparties at fault in accordance with Colo. Rev. Stat. § 13-21-111.5, as to any state-law claims.

- The April 14, 2010, dispositive motion deadline [Doc. 13, ¶ 8(c)] is extended by six months to **October 15, 2010**.

Dated: April 5, 2010