IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01615-MSK-MJW

SCOTT HEIDINGER,

    Plaintiff,

v.

THE COUNTY OF DOUGLAS, A COLORADO MUNICIPAL CORPORATION;
JOHN AND JANE DOES 1 THROUGH 20, Douglas County Sheriff's Deputies and Medical Personnel in the Douglas County Detention Facility, in their official and individual capacities; and
CORRECTIONAL HEALTHCARE MANAGEMENT, a Colorado corporation,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

---

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice of All Claims Against All Defendants **(#56)** filed September 30, 2010. The Court having reviewed the foregoing:

ORDERS that the Motion is **GRANTED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 1st day of October, 2010.

                      **BY THE COURT:**

                      */s/ Marcia S. Krieger*
                      Marcia S. Krieger
                      United States District Judge